IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01662-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

MAJOR L. MAIFIELD,
CAPTAIN BARBERO,
LIEUTENANT R. OLIVETT,
LIEUTENANT WILL,
LIEUTENANT L. TRAVIS,
LIEUTENANT A. TIDEMANN,
LIEUTENANT S. MURPHY,
LIEUTENANT NEFF,
LIEUTENANT K. BUFFUM,
SERGEANT WAGNER,
SERGEANT COSSABONE,
SERGEANT B. A. JAQUEZ,
C/O CAMERON,
C/O KELLY,
C/O MILLER,
C/O VIGIL,
C/O B. McPHERSON,
C/O SPURLOCK,
C/O SOLIS,
C/O THORSTAD,
NURSE ROBIN,
NURSE NICKOLETT,
NURSE SPINOZI, and
DOCTOR HODGE,

    Defendants.
_____

## ORDER OF RECUSAL
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This case was drawn and subsequently referred to me by District Judge Christine

M. Arguello for pretrial case management [#18].  Pursuant to 28 U.S.C. § 455(a) and (b),

I hereby recuse myself from this matter.

IT IS HEREBY **ORDERED** that the Clerk of the Court shall assign another Magistrate Judge to this case.

Dated at Denver, Colorado, this 18th day of October, 2012.

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge