IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01662-CMA-CBS

JOSE MEDINA ESCOBAR,
    Plaintiff,
v.

MAJOR L. MAIFELD, et al.,
    Defendants.

## ORDER FOR SERVICE BY UNITED STATES MARSHAL

Magistrate Judge Craig B. Shaffer

    This civil action is before the court for service of the Prisoner Complaint (Doc. # 1) on Defendant Jamie Vigil.  Pursuant to the Order of Reference dated August 22, 2012 (Doc. # 18), this case was referred to the Magistrate Judge.  On June 29, 2012, the court granted Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (*See* Doc. # 7).  On January 2, 2013, Plaintiff filed notice of Defendant Vigil's current address.  (*See* Doc. # 47).  It is now

    ORDERED that, if appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from Defendant Jamie Vigil, Correctional Officer at Centennial Correctional Facility, E. U.S. Highway 50 Evans Blvd., Cañon City, CO 81215 (Facility Location), P.O. Box 600, Cañon City, CO 81215 (Mailing Address).  If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Prisoner Complaint (Doc. # 1) and summons upon Defendant Vigil.  If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P.

4(d).  All costs of service shall be advanced by the United States.  It is

FURTHER ORDERED that after service of process, Defendant Vigil shall respond to the Prisoner Complaint (Doc. # 1) as provided for in the Federal Rules of Civil Procedure.

Dated at Denver, Colorado this 3rd day of January, 2013.

BY THE COURT:


 s/ Craig B. Shaffer
United States Magistrate Judge