IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 12-cv-01662-CMA-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: June 25, 2013 | Courtroom Deputy: Courtni Covington |

*Parties:*  *Counsel:*

JOSE MEDINA ESCOBAR  *Pro Se (appearing by phone)*

    Plaintiff,

v.

L. MAIFELD, *et al.,*  Christopher W. Alber

    Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session:** 8:32 a.m.
Court calls case. Appearances of counsel. Plaintiff appears *pro se*.

This matter is before the court regarding **MOTION to Dismiss Pursuant to 28 U.S.C.A. § 1915(e)(2)(B)(I)** [Doc No. 60, filed 5/10/13], **MOTION for Leave to Amend** [Doc. No. 63, filed 5/13/13], and **MOTION to Impose Sanctions, and MOTION for Leave to Submit Plaintiff's Affidavits in Support of his Inhumane Conditions of Confinement that Gave Rise to the Action Herein** [Doc. No. 69, filed 6/13/13].

The court shall start with the **MOTION to Dismiss Pursuant to 28 U.S.C.A. § 1915(e)(2)(B)(i)**.

Mr. Alber presents oral argument. Discussion between the court and Mr. Alber regarding the merits of the motion before the court, Magistrate Judge Mix's Recommendation on a motion to dismiss in a similar case filed by Mr. Escobar, and Mr. Escobar's previous cases and filings. Relevant decisions and case law cited.

**ORDERED:** For the reasons stated on the record, the court **RECOMMENDS** that Defendants' Motion to Dismiss Pursuant to 28 U.S.C.A. § 1915(e)(2)(B)(I) [Doc No. 60, filed 5/10/13] should be **DENIED**. The court **ADOPTS in its entirety** the Recommendation submitted by Magistrate Judge Mix on June 24, 2013 in civil action number 13-cv-00489-CMA-KLM, Escobar v. Foster, *et al.* The court finds Judge Mix's analysis and ultimate Recommendation in that case is squarely on point, well reasoned, soundly articulated, and absolutely

>appropriate not only for that case, but for this case and the motion filed in this case. The court also **RECOMMENDS** that District Judge Arguello adopt the filing restrictions proposed by Magistrate Judge Mix.

The court moves on to Plaintiff's **MOTION for Leave to Amend**. Discussion between the court and Mr. Escobar regarding the motion and claims in the current amended complaint. Discussion regarding the conspiracy claims in the amended complaint and whether a meeting of the minds occurred.

**ORDERED:** Plaintiff's Motion for Leave to Amend [Doc. No. 63, filed 5/13/13 is **DENIED without prejudice** for the reasons stated on the record. If Plaintiff re-files a motion for leave to amend, he must attach a copy of the proposed amended complaint to the motion. He must also specifically identify in that motion the location of those new allegations, paragraphs, and facts that he would like the court to consider.

The court then moves on to Plaintiff's **MOTION to Impose Sanctions, and MOTION for Leave to Submit Plaintiff's Affidavits in Support of his Inhumane Conditions of Confinement that Gave Rise to the Action Herein.**

Discussion between the court and Mr. Escobar regarding the merit of the motion before the court and its failure to comply with Local Rules. Mr. Escobar notices the court of his medical and prison conditions.

**ORDERED:** Plaintiff's Motion to Impose Sanctions, and MOTION for Leave to Submit Plaintiff's Affidavits in Support of his Inhumane Conditions of Confinement that Gave Rise to the Action Herein [Doc. No. 69, filed 6/13/13] is **DENIED without prejudice** because it fails to comply with the Local Rules.

Discussion regarding the court finding a pro bono attorney to represent Mr. Escobar. The court notices Mr. Escobar that if an attorney enters into the case on his behalf, only his counsel may file documents in the case. Mr. Escobar states that he would still like to be appointed a pro bono attorney. The court instructs the Clerk's Office to add Plaintiff's name to the list for the Pro Bono Attorney Panel to review.

**ORDERED:** A Preliminary Scheduling Conference is set for **July 26, 2013 at 9:00 a.m.**

The court informs the parties that only a ruling from the bench will issue, no written order will follow, and therefore the amount of days to file an objection should be calculated from today's date.

Plaintiff, or his case manager, shall arrange for his participation via telephone and shall call (303) 844-2117 at the scheduled time.

HEARING CONTINUED.   **Court in recess**: **9:34 a.m.**   Total time in court: 01:02

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.