IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01662-CMA-CBS

JOSE MEDINA ESCOBAR,
    Plaintiff,
v.

MAJOR L. MAIFELD,
CAPTAIN BARBERO,
LIEUTENANT R. OLIVETT,
LIEUTENANT WILL,
LIEUTENANT L. TRAVIS,
LIEUTENANT A. TIDEMANN,
LIEUTENANT S. MURPHY,
LIEUTENANT NEFF,
LIEUTENANT K. BUFFUM,
SERGEANT WAGNER,
SERGEANT COSSABONE,
SERGEANT B.A. JAQUEZ,
C/O CAMERON,
C/O KELLY,
C/O MILLER,
C/O VIGIL,
C/O B. McPHERSON,
C/O SPURLOCK,
C/O SOLIS,
C/O THORSTAD,
NURSE ROBIN,
NURSE NICKOLETT,
NURSE SPINOZI, and
DOCTOR HODGE,
    Defendants.
_____

## APPOINTMENT ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Escobar's request for court-appointed counsel, made at the hearing held on June 25, 2013 (*See* Courtroom Minutes/ Minute Order (Doc. # 71) at 2 of 2). Pursuant to the Order Referring Case dated May 31, 2013 (Doc. # 12), this action was referred to the Magistrate Judge. Mr. Escobar was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on June 29, 2012. (*See* Doc. # 7). The court having reviewed Mr. Escobar's request, the entire case file, the considerations stated in Paragraph (1) of the Civil Pro Bono Panel Pilot Program of the United States District Court for the District of Colorado, and being sufficiently advised in the premises, IT IS ORDERED that:

1.	Mr. Escobar's request for court-appointed counsel, made in open court at the hearing held on June 25, 2013, is GRANTED.

2.	The Clerk of the Court shall select an attorney from the Civil Pro Bono Panel who is willing to accept an appointment to represent Mr. Escobar.

DATED at Denver, Colorado, this 8th day of July, 2013.

BY THE COURT:


s/Craig B. Shaffer
United States Magistrate Judge