IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-1662-CMA-CBS

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

MAJOR L. MAIFELD, *et al.*,

    Defendants.

## NOTICE OF APPOINTMENT

As directed by the Order of Appointment entered by Magistrate Judge Craig B. Shaffer on July 8, 2013, and in accordance with Part III.C.4. of the U.S. District Court's ***Pilot Program to Implement A Civil Pro Bono Panel***, the undersigned designated clerk has randomly drawn counsel from the list of interested applicants to the Civil Pro Bono Panel.

THE CLERK hereby notifies the court and the parties that attorney Brett R. Lilly, of Brett R. Lilly, LLC, has been selected as counsel in this matter.  Mr. Lilly has preliminarily reviewed this case to determine if a conflict exists or other impediment to accepting this case; as it appears there is no such conflict at this time, Mr. Lilly has informed the court of his availability.

ACCORDINGLY, the Clerk hereby enters a Notice of Appointment in this case, and will also send a copy of the Appointment Order, the Notice of Appointment, and this Pilot Program plan to the pro se litigant.

Dated at Denver, Colorado this 26th day July, 2013.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK
                By: s/ Edward P. Butler
                Edward P. Butler, Deputy Clerk/Legal Officer