IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   12-cv-01662-CMA-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:   July 26, 2013 | Courtroom Deputy:   Courtni Covington |

*Parties:*                                                                              *Counsel:*

JOSE MEDINA ESCOBAR,                                             Brett R. Lilly

   Plaintiff,

v.

L. MAIFELD, *et al.*,                                                              Christopher W. Alber

   Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   PRELIMINARY SCHEDULING CONFERENCE**
**Court in session:       9:11 a.m.**
Court calls case. Appearances of counsel. Mr. Escobar appears by phone.

Discussion between the Court and the parties regarding Mr. Lilly being appointed as counsel for Mr. Escobar as a result of the Civil Pro Bono Plan Pilot Project.

The court addresses the purpose of the preliminary scheduling conference, noting that no scheduling dates shall be set today in the case in light of Mr. Lilly's recent appointment.

Mr. Lilly states under the Pro Bono Project, an attorney is given 30 days to consult with their client. After consultation with the pro se party, the appointed attorney may either file a Notice of Appearance or a Motion for Withdrawal from the appointment.

Discussion between the court and the parties regarding a temporary stay of proceedings in the case.

**ORDERED:**          A Status Conference is set for **September 5, 2013 at 9:00 a.m.**  Plaintiff, or his case manager, shall arrange for his participation via telephone and shall call (303) 844-2117 at the scheduled time.

**ORDERED:**          Discovery in the case and briefing on the Objection filed by Defendants will be temporarily stayed **until September 5, 2013**, to afford Mr. Lilly time to consult with Mr. Escobar allowed for in the Pro Bono Project. The court will keep under advisement Defendants' MOTION to Stay Proceedings [Doc. No.

                61, filed 5/10/2013] until that time.

Mr. Escobar raises issues and the court directs him to consult with Mr. Lilly.

A copy of the forgoing document will be provided to Mr. Lilly.

HEARING CONCLUDED.
**Court in recess:**      **9:24 a.m.**
Total time in court:    00:13

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.