IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 12-cv-01662-CMA-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: September 5, 2013 | Courtroom Deputy: Courtni Covington |

*Parties:* *Counsel:*

JOSE MEDINA ESCOBAR, Brett R. Lilly

    Plaintiff,

v.

L. MAIFELD, *et al.*, Christopher W. Alber

    Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: STATUS CONFERENCE**
**Court in session: 9:01 a.m.**
Court calls case. Appearances of counsel.

The court addresses counsel for Plaintiff regarding how they believe the case should proceed. Discussion regarding the pending Motion to Stay, proceeding with discovery, and the filing of an amended complaint.

Counsel for Plaintiff makes an oral Motion to File an Amended Complaint within 30 days. Counsel for Defense has no objection.

**ORDERED:** Plaintiff's oral Motion for Leave to File an Amended Complaint is **GRANTED**. Counsel shall file an amended complaint **no later than October, 4, 2013.** A Telephonic Status Conference is set for **October 10, 2013 at 10:00 a.m.**

Discussion regarding Defense counsel withdrawing their Motion to Dismiss in light of Plaintiff's filing of an Amended Complaint. Mr. Alber makes an oral Motion.

**ORDERED:** Defense counsel's oral Motion to Withdraw Without Prejudice their Motion to Dismiss is **GRANTED**. Document No. 60 is **WITHDRAWN**.

**ORDERED:** Defendants' **MOTION to Stay Proceedings** [Doc. No. 61, filed 5/10/2013] is **GRANTED**. All formal discovery shall be stayed until the Status Conference set for October 10, 2013.

Discussion regarding Plaintiff obtaining a video in question.  If Plaintiff is unable to obtain the video informally, the court will allow Plaintiff's counsel to serve a subpoena on the appropriate party.

Discussion regarding Plaintiff's other litigation in this court, whether counsel of this case will also represent him in his other matters, and a global settlement of Plaintiff's cases.

HEARING CONCLUDED.
**Court in recess:        9:30 a.m.**
Total time in court:    00:29

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.