**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01662-CMA-CBS

JOSE MEDINA ESCOBAR,,

    Plaintiff,

v.

MAJOR LINDA MAIFIELD, in her official capacity at the Colorado Department of Corrections,
CAPTAIN DANIEL BARBERO, in his official capacity at the Colorado Department of Corrections, and
RICK RAEMISCH,  in his official capacity as Executive Director of the Colorado Department of Corrections,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Affirming January 30, 2015 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on February 27,2015, it is

ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 109) is AFFIRMED and ADOPTED. It is

FURTHER ORDERED that Defendants' Motion to Dismiss (Doc. # 98) is GRANTED.

Dated at Denver, Colorado this 27th day of February, 2015.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

By:  s/   Sandra Hartmann

Sandra Hartmann
Deputy Clerk